**FILED - GR**
April 1, 2010 5:01 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN ALEXANDROS DUNIGAN,

    Defendant.
_____/

No. **1:10-cr-78**

Hon. **Janet T. Neff**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Possession of Heroin with Intent to Distribute)

On or about November 5, 2009, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**DAMIEN ALEXANDROS DUNIGAN**

knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of a Firearm)

On or about November 5, 2009, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**DAMIEN ALEXANDROS DUNIGAN,**

being a person who had been convicted of offenses punishable by imprisonment for a term exceeding one year under the laws of the State of Michigan, did knowingly possess one or both of the following firearms in and affecting commerce: a Sturm, Ruger & Company, Model P94, .40 caliber semiautomatic pistol; and a Glock, Model 21, .45 caliber semiautomatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(e)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
PHILLIP J. GREEN
Assistant United States Attorney

2